**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 73 WM 2020 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| HASAN SHAREEF | : |
| | : |
| | : |
| PETITION OF: ARMAND R. CINGOLANI, III, | : |
| ESQUIRE | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of November, 2020, in consideration of the Motion to Withdraw, this matter is REMANDED to the Court of Common Pleas of Butler County for that court to determine whether Hasan Shareef's present counsel should be permitted to withdraw. If present counsel is permitted to withdraw, the Court of Common Pleas of Butler County is ORDERED to determine whether Hasan Shareef should be permitted to proceed *pro se.*

     The Court of Common Pleas of Butler County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.